**David J. BRADLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46370.**

Missouri Court of Appeals, Western District.

Dec. 8, 1992.

Robert E. Steele, Jr., Kansas City, for appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

## ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 29.15 motion for post-conviction relief, as untimely filed.

The denial of post-conviction relief is affirmed. Rule 84.16(b).